[No. 49734-1-I.   Division One.   January 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD
PRITCHETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01490-5, Richard J. Thorpe, J., entered December 21, 2001. *Affirmed in part, reversed in part* and *remanded* by unpublished per curiam opinion.

[No. 49932-7-I.   Division One.   January 13, 2003.]

GEORGE SCHWENDEMAN, *Appellant*, v. USAA CASUALTY
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-06505-1, J. Kathleen Learned, J., entered January 23, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Coleman and Appelwick, JJ. Now published at 116 Wn. App. 9.

[No. 49980-7-I.   Division One.   January 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MEENK,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06492-1, Jay V. White, J., entered February 1, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 50123-2-I.   Division One.   January 13, 2003.]

TIMOTHY SMITH, ET AL., *Appellants*, v. BRIAN R. RENNER, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-04022-7, Suzanne M. Barnett, J., entered February 25, 2002. *Affirmed* by unpublished per curiam opinion; Appelwick, J., dissenting.